UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-432-JD |
| ) | |
| **Land and Buildings Located at 418 Wolcott Street,** ) | |
| **Auburndale, Massachusetts, with all Appurtenances** ) | |
| **and Improvements Thereon, Owned by** ) | |
| **Richard Lizotte; et als** ) | |
| ) | |
| Defendants-in-Rem. ) | |

FINAL ORDER OF FORFEITURE AS TO
DEFENDANT IN REM ASSORTED COIN COLLECTION
<u>SEIZED FROM RICHARD LIZOTTE</u>

1. On November 20, 2006, the United States commenced an action by Verified Complaint for Forfeiture in Rem seeking the forfeiture of the defendant *in rem* Assorted Coin Collection, seized from Richard Lizotte, pursuant to 21 U.S.C. § 881(a)(6) and (7).  This Verified Complaint was served on all known potential claimants, including Lizotte, who was served on December 1, 2006.  There are no other known claimants to the above defendants *in rem*.

2. Lizotte filed his claim on March 30, 2007, and his answer on April 18, 2007.

3. The United States and Lizotte have reached an Agreement which provides for the forfeiture of the defendant *in rem* Assorted Coin Collection, seized from Richard Lizotte.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A. That all rights, title and interests to the defendant *in rem* Assorted Coin Collection, seized from Richard Lizotte, is hereby condemned, forfeited and vested in the United States of

America, pursuant to 21 U.S.C. § 881(a) (6) and (7), free from the claims of any other party;

   D. That the defendant *in rem* Assorted Coin Colleciton shall be disposed of by the United States Marshals Service ("USMS") in accordance with the applicable law and regulations.  These funds, less costs to the USMS associated with the defendant *in rem*, shall be deposited into the Department of Justice Asset Forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, United States Code, Section 881(e);

   E. That Richard Lizotte shall bear his own costs of this proceeding, including attorney's fees, if any.

   The Clerk is hereby directed to send four (4) certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Robert J. Rabuck.

Dated: August 19, 2008       /s/ Joseph A. DiClerico, Jr.
                   United States District Court Judge